# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY

__EASTERN__ DIVISION at __ASHLAND__

Eastern District of Kentucky
FILED
MAY - 8 2017
AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. __0:17cv48-HRW__ (Court Clerk will supply)

__PAUL MAYS__
PLAINTIFF

VS:

Demand for Jury Trial: Yes (✓) No (___)

__KENTUCKY DEPT. OF CORR.__
__WEBB STRANG, WARDEN__
__CORDANT HEALTH SOLUTIONS__ (do not use "et al.", enter full names)
__STERLING REFERENCE LABS__
__SECON DRUG SCREENING CO.__

DEFENDANTS
RANDY SAAGER
JOSE A. RODRIGUEZ JR
SCOTT A. STEWART
DAVID R. HERNDON
AMANDA L. MASON
DISMAS CHARITIES PORTLAND
FRANK WEST

**I. Plaintiff:**

A. Name (list any aliases): Paul Mays

B. Prisoner ID#: 158130   Check one: Convicted ✓   Pretrial Detainee ___

C. Place of present confinement: Little Sandy Correctional Complex

D. Address: 505 Prison Connector, Sandy Hook, KY 41171

**II. Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: Kentucky Department of Corrections
   Title or Position: autonomous body - State Government
   Place of Employment: P.O. Box 2400, Frankfort, KY 40601

B. Defendant's Name: Webb Strang
   Title or Position: Warden
   Place of Employment: Luther Luckett Corr. Complex, P.O. Box 6, LaGrange, KY 40031

-See reverse-

C. Defendant's Name: Cordant Health Solutions
   Title or Position: Urinalysis Laboratory
   Place of Employment: 12015 East 46th Ave., Suite 650, Denver, CO 80239

D. Defendant's Name: Sterling Reference Laboratory
   Title or Position: Urinalysis Laboratory
   Place of Employment: 2617 E L Street, Tacoma, WA 98421

E. Defendant's Name: Secon Drug Screening Company
   Title or Position: Urinalysis Laboratory
   Place of Employment: 825 Kaliste Saloom Suite 100, Brandywine I Office Bldg., Lafayette, LA 70508

F. Defendant's Name: Randy Saager
   Title or Position: Unknown
   Place of Employment: Cordant Health Solutions, 12015 E 46th Ave, Ste. 650, Denver, CO 80239

G. Defendant's Name: Jose A. Rodriguez, Jr
   Title or Position: Correctional Lieutenant
   Place of Employment: LLCC, P.O. Box 6, LaGrange, KY 40031

H. Defendant's Name: Scott A. Stewart
   Title or Position: Correctional Captain
   Place of Employment: LLCC, P.O. Box 6, LaGrange, KY 40031

I. Defendant's Name: David R. Herndon
   Title or Position: Adjustment Officer
   Place of Employment: LLCC, P.O. Box 6, LaGrange, KY 40031

J. Defendant's Name:
   Title or Position:
   Place of Employment:

K. Defendant's Name:
   Title or Position:
   Place of Employment:

L. Defendant's Name:
   Title or Position:
   Place of Employment:

1

C. Defendant's Name: Amanda Mason
Title or Position: Correctional Sergeant
Place of Employment: LLCC, P.O. Box 6, LaGrange, KY 40031

D. Defendant's Name: Dismas Charities Portland
Title or Position: Halfway House
Place of Employment: Louisville, KY

E. Defendant's Name: Frank West
Title or Position: Monitor
Place of Employment: Dismas Charities Portland, Lou, KY

## III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

While housed at Dismas Charities Portland Halfway House in Louisville, KY, I was subjected to a urinalysis testing process that contravened all KDOC Policies And Procedures under CPP 15.8. by Frank West. No gloves were worn and there was no policy of the halfway house followed. There was no institutional or resident chain of custody followed because the specimen sample was not logged as to who or where was the sample kept, who turned it over to the courier or stored it. I had heated word with West and other staff there and felt my sample was contaminated, adulterated, tainted, swapped or switched with another inmate's.

Page 2 of 8

West did not have proper training in the handling of and taking of specimen bodily fluids under KRS 333.150 - KRS 333.170, thus, medical instead of West should have conducted the testing and taking of the specimen sample. The Cordant, Secon, Sterling Chain of Custody was backdated at the laboratory and used at a LLCC prison disciplinary hearing to sustain a conviction and I was punished by having 120 days good time credits forfeited, visitation privileges for 6 months forfeited, placed in confinement, point score, custody level raised, parole prospects diminished as well as camp custody status. This illegal search under State and federal law caused emotional distress.

The seal on the specimen sample was not signed or dated by the lab and the specimen seal was not checked as being intact. Any and all evidentiary foundations were compromised and broken.

B.  When did these events happen?
01/05/2016 @ 05:24:00 PM

C.  Where did these events happen?

Dismas Charities Portland Halfway House Louisville

D.  What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

U.S. 4Th; 14Th, §1; KY Const. §10; CPP 15.8

## IV  Exhaustion of Administrative Remedies:

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A.  **Federal Prisoners** answer the following:

1.  Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES ( ___ )   No ( ___ )

2.  If so, did you (check **ALL** that apply):

    _____ file a request or appeal to the Warden            _____ date
    _____ appeal to the Regional Director                    _____ date
    _____ appeal to the Office of General Counsel            _____ date

3.  ATTACH a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _____

_____

_____

5. If you did not file a grievance, why not? _____

_____

_____

B. **State Prisoners** answer the following:

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an <u>appeal of a disciplinary decision to the warden under CPP 15.6</u>?   YES (✓)   NO ( )

2. If you filed a grievance under CPP 14.6, did you (check ALL that apply):

   ____ file a grievance and seek an informal resolution   _____ date

   ____ request a hearing from the Grievance Committee   _____ date

   ✓ appeal to Warden   _5/5/16_ date

   ____ appeal to Commissioner   _____ date

   Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?  YES

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _denied_

_____

_____

5. If you did not file a grievance, why not? _because adjustment decisions are not grievable_

_____

C. **County or City Prisoners** answer the following:
 1. Is there a grievance/appeal policy at your jail?   YES (__) NO (__)
 2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

 _____
 _____

 3. Did you file a grievance regarding these facts?   YES (__) NO (__)
 4. If you filed a grievance:
   a. What steps did you take to use the grievance process? _____
   _____
   _____
   _____
   _____

   b. What was the result? _____
   _____

   c. If unsuccessful, did you file an appeal?   YES (__) NO (__)
   d. What was the result? _____
   _____

   e. Did you take any further steps in the grievance process?
      YES (__)    NO (__)        NO MORE AVAILABLE (__)
   f. What was the result? _____
   _____
   _____

 5. If you did not file a grievance, why not? _____
 _____
 _____
 _____

V. **OTHER LAWSUITS:**

A. Have you filed any other lawsuit dealing with the same facts raised in this action?
YES (___) NO (✓)

B. If your answer to question A is YES, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____
_____
_____

2. COURT: (name the district for a federal court, or the county for a state court)
_____

3. CASE NO: _____ DATE FILED: _____

4. OUTCOME: (is the case still pending? Was it dismissed? Being appealed?)
_____
_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____ Case No: _____

Nature of Claim: _____ Date Filed: _____

Outcome: _____ Date: _____

2. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____ Case No: _____

Nature of Claim: _____ Date Filed: _____

Outcome: _____ Date: _____

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____   Case No: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

1. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____   Case No: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____   Date: _____

**VI.   Relief:**

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

*Compensatory, general, nominal, punitive damages for emotional distress, good-time loss, Due Process violations and incurred filing, copy and mailing fees of $2,000.00 against KDOC; Correct Health Solutions; Sterling Reference Labs; Secon Drug Screening Co; Dismas Charities Portland and $1,000.00 against Webb Strong; Randy Saager; Jose A. Rodriguez, Jr.; Scott A. Herndon; Amanda L. Mason; Frank West. Permanent injunctive and declaratory relief that medical staff, not guards take urine samples and that institutional chain of custody of bodily specimen samples are kept.*

**VII.   Review this Form:**

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Paul Mayo_                    158130                    5/03/17
Signature of Plaintiff         Prison ID#                Date

Plaintiff's Address: LSCC 505 Prison Connector Sandy Hook, KY 41171

Page 8 of 8